```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A98-0027--CR (JKS)
                              "USA V SAIL LUIS DUCASSE"
                              DEF 1.1 DUCASSE, SAIL LUIS

              Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
    Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed: 02/18/98
              Closed: 07/09/98
   No. of Defendants: 1
      MJ Case Number: A98-0015--MJ
                 AKA: SAMMY
     Location status: Fugitive
          Trial date:
          Terminated: YES
    Needs interpreter: NO
    Counsel of record: None specified


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Stephan A. Collins
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   FAX 907-271-1500
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial
```

Counts re: DEF 1.1 DUCASSE, SAIL LUIS

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:841(a)(1) POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE (F) | Sentenced (51-1) |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A98-0027--CR (JKS)
                              "USA V SAIL LUIS DUCASSE"

                              For all filing dates
```

Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
            Filed: 02/18/98
           Closed: 07/09/98
No. of Defendants: 1

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 02/18/98 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - 1 | 02/19/98 | [Re: DEF 1] JDR Grand Jury Minutes that no bail set (det per 18:3142); set for arr & notify cnsl; in state custody. |
| 3 - 1 | 02/19/98 | [Re: DEF 1] Documents transferred from: A98-015 MJ (AHB): petition for writ of h/c; MJ order granting petition for writ; mo setting i/; crt minutes of i/a; order of temp det. |
| 4 - 1 | 02/19/98 | [Re: DEF 1] AHB Minute Order that arr set 2/23/98 at 10:00 a.m.  cc: USA, M. Paine, USM, PO. |
| 5 - 1 | 02/20/98 | [Re: DEF 1] Return of WOA executed on 02/17/98 (issued in A98-15 MJ(AHB)) . |
| 6 - 1 | 02/20/98 | DEF 1 Attorney Appearance of M. Paine. |
| NOTE - 1 | 02/23/98 | Issued: Notice re Speedy Trial Act. |
| 7 - 1 | 02/23/98 | USM Return of writ of H/C Ad Prosequendum on 2/18/98. |
| 8 - 1 | 02/23/98 | [Re: DEF 1] AHB Order of Detention Pending Trial.  cc: USA, M. Paine, USM, PO. |
| 9 - 1 | 02/23/98 | [Re: DEF 1] AHB Order regarding preparation for trial that ptms are due 3/6/98.  cc: USA, M. Paine. |
| 10 - 1 | 02/23/98 | [Re: DEF 1] AHB Court Minutes [ECR: Bonnie Boyer] of arr/det hrg (hld 2/23/98); def detained w/att exh/wit list. |
| 11 - 1 | 02/24/98 | [Re: DEF 1] JKS Order setting TBJ for 4/27/98 at 9:00 a.m.; final pretrial conf set for 4/22/98 at 4:00 p.m.. cc:USA, M. Paine, MJ Branson, PTS, USM, Jury Clerk. |
| 12 - 1 | 02/25/98 | [Re: DEF 1] AHB Minute Order that ptms are due on/before date in order re prep for trial; govt to timenly file stip pursuant to disc conf; cnsl for def to immediately notify crt upon expiration of ddlns in stip pursuant to disc of any disc deficiencies.  cc USA, M. Paine. |
| 13 - 1 | 02/26/98 | DEF 1 motion for hearing before MJ to add third party custodian filed on shortened time. |
| 14 - 1 | 02/26/98 | [Re: DEF 1] AHB Minute Order granting motion for hearing before MJ to add third party custodian filed on shortened time (13-1); bail rvw hrg set 11:00 a.m, 2/27/98.  cc: USA, M. Paine, PO, USM. |
| 15 - 1 | 02/26/98 | [Re: DEF 1] PLF 1 motion on shortened time to continue bail review hearing. |

ACMS: R_RDSDI            As of 01/29/06 at 10:51 AM by LINDA                Page 1

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A98-0027--CR (JKS)
"USA V SAIL LUIS DUCASSE"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 16 - 1 | 02/26/98 | [Re: DEF 1] AHB Minute Order granting motion on shortened time to continue bail review hearing (15-1); hrg set 11:00 a.m, 2/27/98 is vacated and reset to 9:00 a.m., 2/27/98.  cc: USA, M. Paine, PO, USM. |
| 17 - 1 | 02/27/98 | [Re: DEF 1] AHB Court Minutes [ECR: Natalie Day] of bail rvw hrg (hld 2/27/98); def detained w/att wit & exh list. |
| 18 - 1 | 02/27/98 | [Re: DEF 1] PLF 1 Notice to court regarding discovery. |
| 19 - 1 | 03/04/98 | [Re: DEF 1] Unopposed Motion to enlarge time period for filing of pretrial motions till 3/20/98. |
| 20 - 1 | 03/05/98 | [Re: DEF 1] AHB Minute Order that hrg re #19 is set 10:00 a.m, 3/6/98. cc: USA, M. Paine, USM, PO. |
| 21 - 1 | 03/06/98 | [Re: DEF 1] PLF 1 Second Notice regarding status of discovery. |
| 22 - 1 | 03/06/98 | [Re: DEF 1] AHB Court Minutes [ECR: Natalie Day/Dan Maus] of Hrg re: def's unopposed mot to enlarge time period for filing ptms (dkt 19) (hld 3/6/98); def's unopp mot granted in part; ptms now due COB 3/9/98.  cc: USA, M. Paine. |
| 23 - 1 | 03/09/98 | DEF 1 motion to suppress evidence with att memo. |
| 24 - 1 | 03/09/98 | DEF 1 motion for review of detention order entered by Magistrate Judge and request for hearing. |
| 25 - 1 | 03/10/98 | [Re: DEF 1] Stipulation Pursuant to Discovery Conference. |
| 26 - 1 | 03/10/98 | [Re: DEF 1] AHB Minute Order granting motion for review of detention order entered by Magistrate Judge (24-1); bail review hearing set for 3/11/98 at 3:00 p.m.; counsel to advise of the correct spelling of def last name. cc: USA, M. Paine, USM, PO |
| 27 - 1 | 03/12/98 | [Re: DEF 1] AHB Court Minutes [ECR: Bonnie Boyer] of bail rvw hrg (held 3/11/98); def detained. |
| 28 - 1 | 03/16/98 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress evidence (23-1). |
| 29 - 1 | 03/17/98 | [Re: DEF 1] Transcript re: def's unopposed motion to enlarge time period for filing of pretrial motions. |
| 30 - 1 | 03/18/98 | [Re: DEF 1] AHB Minute Order that hrg re: motion to suppress (23-1) is set 3/20/98.  cc: USA, M. Paine, USM, PO |
| 31 - 1 | 03/19/98 | [Re: DEF 1] AHB Minute Order that hrg re mot to suppress set 3/20/98 is vacated and reset to 10:00 a.m., 3/23/98.  cc: USA, M. Paine, USM, PO. |
| 32 - 1 | 03/23/98 | [Re: DEF 1] AHB Minute Order that hrg set 3/23/98 is vacated and reset to 10:00 a.m, 3/26/98; clerk to provide cnsl w/copy of #12.  cc: USA, M Paine, USM, PO (counsel w/copy of #12) |
| 33 - 1 | 03/26/98 | DEF 1 Affidavit of S. Ducasse. |
| 34 - 1 | 03/26/98 | DEF 1 reply to opposition to DEF 1 motion to suppress evidence (23-1) w/att exhs. |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A98-0027--CR (JKS)
                           "USA V SAIL LUIS DUCASSE"
```

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 35 - | 1 | 03/27/98 | [Re: DEF 1] AHB Court Minutes [ECR: Roy Van Hollebeke] of hrg re: def's mot to suppress (held 3/26/98); hrg cont to 9:00 a.m, 3/27/98. |
| 36 - | 1 | 03/27/98 | [Re: DEF 1] AHB Court Minutes [ECR: Roy Van Hollebeke] of cont evidentiary hrg re mot to suppress (held 3/27/98); taking under advisement motion to suppress evidence (23-1); crt to issue R&R w/att wit/exh list. |
| 37 - | 1 | 03/30/98 | Initial R&R recommends denying re: DEF 1 motion to suppress evidence with att memo. (23-1). Objections due 04/09/98. Reply due 04/17/98. cc: USA, M. Paine, JKS |
| 38 - | 1 | 04/01/98 | [Re: DEF 1] Transcript -Continud evidentiary haring re: motion to suppress [3/27/98] [volume located in brown expando]. |
| 39 - | 1 | 04/01/98 | [Re: DEF 1] PLF 1 Transcript -hrg re: def's motion to suppress [3/26/98] [volume located in brown expando]. |
| 40 - | 1 | 04/06/98 | [Re: DEF 1] PLF 1 response to R&R re: DEF 1 motion to suppress evidence with att memo (23-1). |
| 41 - | 1 | 04/08/98 | [Re: DEF 1] Transcript of bail review hrg held 02/27/98. |
| 42 - | 1 | 04/08/98 | [Re: DEF 1] Transcript of bail review hrg held 03/11/98. |
| 43 - | 1 | 04/13/98 | Final R&R re: DEF 1 motion to suppress evidence. (23-1) Court declines to modify Intial recommendation. Matter now forwarded to trial judge. cc: USA, M. Paine, Judge Singleton |
| 44 - | 1 | 04/22/98 | [Re: DEF 1] JKS Order denying motion to suppress evidence (23-1). cc: USA, Paine |
| 45 - | 1 | 04/23/98 | [Re: DEF 1] JKS Court Minutes [ECR: Bonnie Boyer] Final Pretrial Conference [held 04/22/98]; crt/cnsl hrd non-appearance of defense cnsl, Paine; crt continued conf till 4/27/98 at 9am; crt re-scheduled trial to begin 4/28/98 at 9am.cc:USA, Paine, USM, PO, JC, MJ Branson |
| 46 - | 1 | 04/27/98 | [Re: DEF 1] PLF 1 Plea Agreement. |
| 47 - | 1 | 04/27/98 | [Re: DEF 1] JKS Court Minutes [ECR: Patty Demeter] final pretrial conf/PCOP [held 4/27/98]; def changed plea to guilty on ct I of indictment;IOS set for 7/8/98 at 8:30am;TBJ set for 4/28/98 is vacated; def to remain in USM custody; plea agreement filed. cc:USA, Paine, USM, PO, MJ Branson, JC |
| 48 - | 1 | 06/29/98 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 49 - | 1 | 07/07/98 | DEF 1 Sentencing Memorandum. |
| 50 - | 1 | 07/08/98 | [Re: DEF 1] JKS Court Minutes [ECR: Patty Demeter] of Imposition of sentence held 7/8/98; 60 months imprisonment; 4 years probation; special conditions imposed; $100.00 special assessment; def remanded to custody. cc:USA, M. Paine, USM, PO |
| 51 - | 1 | 07/09/98 | [Re: DEF 1] JKS Judgment: DEF pled guilty the count 1 of the indictment; DEF imprisoned for 60 months; supervised release 4 yrs; special assessment $100.00. cc: USA, M. Paine, S. Ducasse w/cnsl copy, USM, PO, Finance, Carmen (USA), MJ Branson |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CRIMINAL DOCKET ENTRIES FOR CASE A98-0027--CR (JKS)
                    "USA V SAIL LUIS DUCASSE"
```

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 52 - | 1 | 07/14/98 | [Re: DEF 1] Partial Transcript of IOS held 07/07/98. |
| 53 - | 1 | 10/14/98 | USM Return of judgment executed on9/29/98. |
| 54 - | 1 | 10/14/98 | Return of executed subpoena's. |
| 55 - | 1 | 01/15/99 | [Re: DEF 1] JKS Minute Order re: exhibit inventory return to S. Collins exs 1-24. |
| 56 - | 1 | 01/24/00 | [Re: DEF 1] JKS Minute Order re: exhibit inventory & notice returning exhs A,B,C,D, & E to Marcus Paine. |
| NOTE - | 2 | 08/02/01 | {SEALED} [Re: DEF 1] Issued WOA |
| 57 - | 1 | 08/03/01 | {SEALED} [Re: DEF 1] JKS Order and petition for revocation of s/r; pet sealed until arrest of offender; WOA to be issued, referred to MJ Branson for I/A/prelim hrg; evid hrg to be before MJ only upon consent. cc: USA, PO, USM, MJ Branson, def (w/USM cy) |
| 58 - | 1 | 02/04/03 | {SEALED} [Re: DEF 1] AHB Minute Order that govt directed to file stat report w/in 30 days from date of MO; stat report shall advise crt if case has been resolved or if WOA should stand. cc: USA |
| 59 - | 1 | 02/13/03 | {SEALED} [Re: DEF 1] PLF 1 Status Report. |
| 60 - | 1 | 11/16/04 | {SEALED} [Re: DEF 1] AHB Minute Order that govt directed to file stat report w/in 30 days from date of MO; stat report shall advise crt if case has been resolved or if WOA should stand. cc: USA |
| 61 - | 1 | 12/21/04 | {SEALED} [Re: DEF 1] PLF 1 Status Report. |
| 62 - | 1 | 05/25/05 | [Re: DEF 1] JDR Minute Order in light of retirement of MJ Branson & at the direction of the Chief Judge, the MJ referral is reassigned to MJ Roberts. cc: USA, Judge Singleton |