NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: stephan.collins@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                                )<br>                        Plaintiff,            )<br>                                                                )<br>            vs.                                            )<br>                                                                )<br> SAIL LUIS DUCASSE,                       )<br>                                                                )<br>                        Defendant.         )<br>                                                                )<br>_____ ) | Case No. 3:98-cr-00027-JKS-JDR<br><br>STATUS REPORT PURSUANT TO<br>COURT'S ORDER |

COMES NOW the United States Attorney's Office, by and through counsel, pursuant to the court's order hereby reports that this action is not resolved and the above-named defendant remains a fugitive.

Accordingly, the warrant of arrest should remain outstanding.

       RESPECTFULLY SUBMITTED this 31st day of July 2007, in Anchorage, Alaska.

       NELSON P. COHEN
       United States Attorney

       <u>s/ Stephan A. Collins</u>
       STEPHAN A. COLLINS
       Assistant U.S. Attorney
       Federal Building & U.S. Courthouse
       222 West Seventh Avenue, #9
       Anchorage, Alaska  99513-7567
       Phone: (907) 271-5071
       Fax: (907) 271-1500
       email: stephan.collins@usdoj.gov