NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK Bar No. 8911061

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                      )<br>                         Plaintiff,    )<br>                                                      )<br>      v.                                          )<br>                                                      )<br> SAIL LUIS DUCASSE,             )<br>                                                      )<br>                         Defendant.  )<br>_____) | Case 3:98-CR-00027 JKS<br><br><br><br>STATUS REPORT |

Pursuant to the Court's order, the United States submits its report on the status of the case against the defendant, Sail Luis Ducasse. On August 3, 2001, the United States Probation Office filed a petition to revoke the defendant's supervised release. Based on that petition, the Court issued a warrant for the arrest of the

defendant.  Since the time of the issuance fo the arrest warrant,t he defendant has remained a fugitive.  The petition to revoke has not been withdrawn.  Therefore, the petition is still pending and the arrest warrant is still active.  Therefore, the Court should keep this case open and the arrest warrant should remain standing.

    RESPECTFULLY SUBMITTED this day, August 25, 2008, in Anchorage, Alaska.

> NELSON P. COHEN
> United States Attorney
>
> s/Stephan A. Collins
> Assistant U.S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> E-mail: stephan.collins@usdoj.gov
> AK # 8911061